UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 MAY 27 AM 10: 38
CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Brian Dean | ) Case No: 6:07CR00032-2 |
| | ) USM No: 13483-021 |
| Date of Original Judgment: January 27, 2009 | ) Thomas A. Withers |
| Date of Previous Amended Judgment: | ) Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [x] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [x] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __140__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 27, 2009__ shall remain in effect.
**IT IS SO ORDERED.**
Order Date: 5/27/15

Judge's signature

Effective Date: __November 1, 2015__
*(if different from order date)*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*